UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

STEVEN O'BRYANT,

        Petitioner,

v.                                   No. 1:06-cv-1182-RLY-WTL

MR. STANLEY KNIGHT,

        Respondent.

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: August 9, 2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Steven O'Bryant
DOC #851222
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064